|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| SAMUEL B. WILLIAMS, | ) Case No. CV 02-8102-SVW(AJW) |
|---|---|
|  | ) |
| Petitioner, | ) JUDGMENT |
|  | ) |
| v. | ) |
|  | ) |
| GEORGE GALAZA, Warden, | ) |
|  | ) |
| Respondent. | ) |
| _____ | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: ___August 13, 2008___

/s/
_____
Stephen V. Wilson
United States District Judge